ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM JOSEPH, <br> Petitioner, <br> v. <br> KEN CLARK, Warden, <br> Respondent. | Case No. CV 10-03202 GW (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 26, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY